Aubrey F. Hammond, Jr., VSB# 28256
16 North 8th Street, First Floor
Richmond, VA 23219
(804)644-2546
Counsel for Debtor(s)

### UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF VIRGINIA
### Richmond Division

IN RE:    KIMBERLY DENISE SMITH,
                Debtor(s)    Case No. 12-34824-KRH
                Chapter 13

### MOTION TO SUBSTITUTE COUNSEL

NOW COMES the debtor(s), by and through newly acquired counsel, and requests that the Court approve and enter into the record a change of attorney/counsel of record as follows:

Former Counsel:    Jason Meyer Krumbein, Esquire
                5310 Markel Road, Suite 102
                Richmond, VA 23230
                Tel: (804) 303-0204
                email: jkrumbein@krumbeinlaw.com

New Counsel:    Aubrey F. Hammond, Jr.,( VSB # 28256)
                16 North 8th Street, First Floor
                Richmond, VA  23219
                Tel: (804) 644-2546
                aubreyhammond@aim.com

WHEREFORE, Debtor moves this Honorable Court for an Order striking the appearance of Jason Meyer Krumbein, Esquire as attorney of record in this case and entering the appearance of Aubrey F. Hammond, Jr., Esquire for all past, pending and future actions in this case.

### RESPECTFULLY SUBMITTED
### KIMBERLY DENISE SMITH

                By: /s/ Aubrey F. Hammond, Jr.
                Attorney for Debtor(s)

### PROOF OF SERVICE

I hereby certify that on the 4th day of March, 2014, I mailed, with first class postage prepaid,

a true copy of this Motion to all parties on the attached list.

                                                  /s/ Aubrey F. Hammond, Jr.
                                                  Aubrey F. Hammond, Jr.

Aubrey F. Hammond, Jr.,( VSB # 28256)
16 North 8th Street, First Floor
Richmond, VA  23219
(804) 644-2546
Counsel for the Debtor

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

IN RE:   **KIMBERLY DENISE SMITH,**
                Debtor(s)                    Case No. 12-34824-KRH
                                             Chapter 7

**NOTICE OF MOTION**

The Debtor has filed papers with the court to substitute counsel of record.

**Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)  If you do not want the court to grant the relief sought in the motion, or if you want the court to consider your views on the motion, then you or your attorney must file a response with the Clerk's Office, U.S. Bankruptcy Court, 701 E. Broad Street, Richmond, VA 23219 within 7 days of the date of the service of this Notice.

If you mail your objection to the Court for filing, you must mail it early enough so that the Court will receive it on or before the date stated above. You must also mail a copy to the attorney for the debtor and to the Chapter 13 Trustee:

| | |
|---|---|
| Address of attorney for the debtors: | Aubrey F. Hammond, Jr. |
| | 16 North 8th Street, First Floor |
| | Richmond, VA 23219 |
| | (804) 644-2546 |
| | |
| Address of Chapter 13 Trustee: | Robert E. Hyman, Trustee |
| | P.O. Box 1780 |
| | Richmond, VA 23218-1780 |

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

Date: March 4, 2014

          /s/ Aubrey F. Hammond, Jr.
          Aubrey F. Hammond, Jr., VSB# 28256
          16 North 8th Street, First Floor
          Richmond, VA 23219

**PROOF OF SERVICE**

The undersigned hereby certifies that on the 4th day of March, 2014, the foregoing Notice was served upon the standing trustee, all creditors, and other interested parties by electronic means or by mailing a complete copy of the Notice to each party, by first-class mail.

/s/ Aubrey F. Hammond, Jr.

Service Matrix:

# Creditors

**Santander Consumer USA**
P.O. Box 560284
Dallas, TX 75356-0284

**Advantage Assets II, Inc.**
7322 Southwest Freeway, Suite 1600
Houston, TX 77074

**American InfoSource LP as agent for**
T Mobile/T-Mobile USA Inc
PO Box 248848
Oklahoma City, OK 73124-8848

**American InfoSource LP as agent for**
Midland Funding LLC
PO Box 268941
Oklahoma City, OK 73126-8941

**BCC Financial Management Serv**
P O Box 590097
Fort Lauderdale, FL 33359-0097

**Bon Secours Rich Health Cen**
Attn: Beverly Slater
8580 Magellan Parkway
Richmond, VA 23237-0000

**Bon Secours St. Francis Med Ctr**
c/o Greer P. Jackson, Jr., Esq.
Spinella, Owings & Shaia, P.C.
8550 Mayland Drive
Richmond, VA 23294-4704

**Capio Partners**
2222 Texoma Parkway, Suite 150
Sherman, TX 75090-0000

**Capital One**
PO Box 30285

Salt Lake City, UT 84130-0285

**Citibank USA**
Centralized Bankruptcy
P.O. Box 20363
Kansas City, MO 64195-0000

**Cjw Medical Center**
Resurgent Capital Services
PO Box 1927
Greenville, SC 29602

**Comcast Communications**
Attn: Bankruptcy Notification
8029 Corporate Drive
White Marsh, MD 21236-0000

**Dominion Law Associates**
222 Central Park Ave
Virginia Beach, VA 23462-3022

**Eastern Account System, Inc**
P.O. Box 837
Newtown, CT 06470-0000

**Focused Recovery Solutions**
9701 Metropolitan Court
Suite B
Richmond, VA 23236-3690

**G.E. Money Bank**
Attn: Bankruptcy Department
P.O. Box 103104
Roswell, GA 30076-9104

**Gmac Mortgage**
Attn: Bankruptcy
1100 Virginia Drive
Fort Washington, PA 19034-0000

**HCA Healthcare**
Patient Account Services
P.O. Box 13620
Richmond, VA 23225-0000

**Home Furnishings**
PO Box 12812
Norfolk, VA 23541-0000

**HSBC - Direct Merchants Bank**
Attn: Bankruptcy Dept.
P.O. Box 5246
Carol Stream, IL 60197-0000

**LTD Financial Services, L.P.**
7322 Southwest Freeway
Suite 1600
Houston, TX 77074-0000

**LVNV Funding LLC**
c/o Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

**Midland Funding**
8875 Aero Dr
Suite 200
San Diego, CA 92123-0000

**NCO Financial Systems, Inc.**
507 Prudential Rd
Horsham, PA 19044-2308

**Portfolio Recovery Associates, LLC**
POB 41067
Norfolk VA 23541

**Santander Consumer USA**
Attn: Bankruptcy Department
P.O. Box 562084
Dallas, TX 75356-0284

**Spinella, Owings & Shaia, P.C.**
c/o Greer P. Jackson, Jr. Esq.
8550 Mayland Drive
Richmond, VA 23294-4704

**Springleaf Financial Services**
P O Box 3251
Evansville, IN 47731-3251

**SPRINGLEAF FINANCIAL SERVICES**
OXBRIDGE SQUARE SHPG CTR
9925 HULL STREET RD
RICHMOND VA 23236-1412

**The Fitzpatrick Law Group, PC**
4118 Leonard Dr.

Suite 200
Fairfax, VA 22030-0000

**Toyota Motor Credit Co**
3957 Westerre Pkwy Ste 3
Richmond, VA 23233-0000

**Toyota Motor Credit Corporation**
c/o Becket and Lee LLP
POB 3001
Malvern PA 19355-0701

**U.S. Bank National Association**
Ocwen Loan Servicing, LLC
Attn: Bankruptcy Department
1100 Virginia Drive
Suite 175
Fort Washington, PA 19034

**United Collection Bureau, Inc.**
5620 Southwyck Blvd Ste 206
Toledo, OH 43614-1501

**US Bank National Association as Trustee for RASC 2**
GMAC Mortgage, LLC
Attn: Bankruptcy Department
1100 Virginia Drive
Fort Washington, PA 19034